# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JEFFRY L. SMITH,** | ) |
| Plaintiff, | ) No. 3:12-cv-00616 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| **ROCK-TENN SERVICES, INC.,** | ) |
| | ) **JURY DEMAND** |
| Defendant. | ) |

## ORDER

In accordance with the jury's verdict, Plaintiff Jeffry L. Smith is **AWARDED** three hundred and seven thousand dollars ($307,000.00) in compensatory damages against Defendant Rock-Tenn Services, Inc., for violation of his rights under Title VII of the Civil Rights Act of 1964 and the Tennessee Human Rights Act ("THRA"). The Court notes compensatory damages under Title VII are capped at $300,000.00 based on the employer's size. 42 U.S.C. 1981a(b)(3) (2012). However, there is no statutory cap on compensatory damages under the THRA. Accordingly, Plaintiff may recover the full amount awarded under the THRA. Plaintiff is further **DIRECTED** to submit a motion for attorney's fees for the Court's consideration within thirty days of this Order.

It is so ORDERED.

Entered this the 11 day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT