IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JEFFRY L. SMITH**, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-00616 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| **ROCK-TENN SERVICES, INC.**, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Supplemental Post-Judgment Interest Calculation. (Doc. No. 144.) On September 13, 2016, the Court granted Plaintiff's Motion for Supplemental Attorneys' Fees and Post-Judgment Interest (Doc. No. 141) in the amount of $36,645 in attorneys' fees and ordered Plaintiff to calculate the post-judgment interest on his attorneys' fees and damages for the period beginning February 12, 2014 pursuant to 28 U.S.C. § 1961(a) and submit the calculations to the Court. (Doc. No. 143.) Plaintiff has done so. (Doc. No. 144.) Accordingly, Plaintiff is entitled to $1,261.77 in post-judgment interest, in addition to the $300,000 in damages (Doc. No. 103), $104,070 in attorneys' fees awarded on April 29, 2015 (Doc. No. 135), and $36,645 in attorneys' fees Plaintiff incurred in defending the appeal (Doc. No. 143). Therefore, Defendant is hereby **ORDERED** to pay Plaintiff $441,976.44.

It is so ORDERED.

Entered this 20th day of September, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT